UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60557-CIV-DIMITROULEAS

THAO N. SANDS,

    Plaintiff,

vs.

WAGNER & HUNT, P.A.,
a Florida Corporation,
and CAVALRY PORTFOLIO SERVICES,
LLC, a foreign limited liability company,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Plaintiff's Motion to Enforce Terms of Settlement Agreement [DE-5] and the Court's Order Approving Report and Recommendation [DE-29], dated September 16, 2009.  Having granted the Plaintiff's Motion to Enforce Terms of Settlement Agreement [DE-5], this case has been fully resolved.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk is directed to **CLOSE** this case and dismiss all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of September, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record